RECEIVED
MAR 13 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 18-114 |
| GREGORY LEPSKY, | : | Title 18, United States Code, Section 2339B(a)(1) and 2339B(d) |
| Defendant. | : | |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least on or about December 24, 2016 until February 21, 2017, in Ocean County, in the District of New Jersey, and elsewhere, defendant

**GREGORY LEPSKY,**

knowingly and unlawfully attempted to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, to a foreign terrorist organization, namely the Islamic State of Iraq and al-Sham, knowing that the organization was a designated terrorist organization, and that the organization had engaged and was engaging in terrorist activity and terrorism.

In violation of Title 18, United States Code, Section 2339B(a)(1) and 2339B(d).

CRAIG CARPENITO
United States Attorney

CASE NUMBER: 18-114

**United States District Court
District of New Jersey**

UNITED STATES OF AMERICA

v.

GREGORY LEPSKY

**INFORMATION FOR**
Attempt to Provide Material Support to a
Designated Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)
and 2339B(d)

**CRAIG CARPENITO**
UNITED STATES ATTORNEY, NEWARK, NEW JERSEY

JAMES M. DONNELLY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 297-2089